```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Broadcast Music, Inc. et al.

   v.                                  Case No. 18-cv-1166-AJ

PRRM Management, LLC et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 17, 2019. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiffs' motion for default judgment (Doc. No. 19) is granted as follows: 1) plaintiffs shall recover from defendants PRRM Management, LLC and John M. Crosson, jointly and severally, statutory damages in the amount of $16,000.00, plus interest pursuant to 28 U.S.C. § 1961; 2) plaintiffs shall recover from defendants PRRM Management, LLC and John M. Crosson, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $3,378.50; and 3) defendants PRRM Management, LLC and John M. Crosson

and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing the copyrighted musical compositions licensed by Broadcast Music, Inc.

_____
Landya B. McCafferty
Chief Judge

Date: July 2, 2019

cc: Todd Sullivan, Esq.
    John Crosson
    PRRM Management, LLC